UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT FRANK RAMIREZ, ) | |
| ) | |
|     Petitioner, ) | Case No. CV 08-00101 SVW (AJW) |
| ) | |
|     v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| ROBERT HOREL, WARDEN, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
|     Respondent. ) | |
| _____ ) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: April 13, 2011

_____
Stephen V. Wilson
United States District Judge